IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:22-CV-138-DCK

| | |
|---|---|
| **KEVIN EUGENE GOODALL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **COMMISSIONER OF SOCIAL SECURITY,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Stipulation For An Award Of Attorney's Fees Under The Equal Access To Justice Act" (Document No. 18) filed February 15, 2024. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

By the instant motion, Plaintiff Kevin Eugene Goodall seeks an award of attorney fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, in the amount of $3,000.00. The Commissioner consents to the requested fee.

**IT IS, THEREFORE, ORDERED** that the "Stipulation For An Award Of Attorney's Fees Under The Equal Access To Justice Act" (Document No. 18) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Commissioner of Social Security SHALL pay to Plaintiff the sum of **$3,000.00** in attorney fees, in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sum this case is dismissed with prejudice. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Aaron L. Dalton, and mailed to his office at Chad

Brown Law, PLLC, P.O. Box 786, Statesville, NC 28687 in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees under the EAJA. If the payment is subject to offset, then any remaining fee will be made payable to Plaintiff and mailed to Plaintiff's counsel's office address.

**SO ORDERED**.

Signed: February 20, 2024

David C. Keesler
United States Magistrate Judge